**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MICHAEL ROGERS and <br> JENNIFER ROGERS, | ) <br> ) <br> ) | |
| Plaintiffs, | ) | |
| vs. | ) | NO. CIV-12-1086-HE |
| | ) | |
| STATE FARM FIRE and CASUALTY <br> COMPANY, | ) <br> ) <br> ) | |
| Defendant. | ) | |

### ORDER

On March 24, 2014, the court entered its order directing plaintiffs to show cause why this case should not be dismissed for failure to prosecute [Doc. #44]. The court noted that plaintiffs had not responded to defendant's motion for partial summary judgment and had not participated in the preparation of the final pretrial report. Plaintiffs have ignored the court's direction to show cause and have, instead, filed only a motion for continuance. As the plaintiffs have offered no explanation for their non-participation to date, the court concludes dismissal for failure to prosecute is appropriate.

This case is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated this 1st day of April, 2014.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE